# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 253 EAL 2023
                                 :
            Respondent           :
                                 :
                                 :  Petition for Allowance of Appeal
                                 :  from the Order of the Superior Court
        v.                       :
                                 :
                                 :
STEVEN WOODSON,                  :
                                 :
            Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.